UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA            :

    -against-                          :          NOTICE OF CHANGE OF ADDRESS

PHIL ENDELLICATE,                    :                07 Cr. 889 (RPP)

    Defendant.                       :

--------------------------------------------------------x

        PLEASE TAKE NOTICE that I represent the defendant in this case and that my

address and fax number  has changed to the following:

> KENNETH A. PAUL, ESQ.
> 111 Broadway,
> Suite 701
> New York, New York 10006
> Tel.:  (212) 587-8000
> Fax.: (212) 374-1506
> Email: kpaul64@aol.com

        Please update my address in the Court's docket sheet and send all future

correspondence and notices to my new address.


Dated:  New York, New York
      November 5, 2007

                                   _____
                                   KENNETH A. PAUL